Edith E. Stiles, Respondent, v. Charles C. Annabel, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

Leonard Mead, an Infant, by Charles Mead, His Guardian ad Litem, Respondent, v. Samuel B. Easton, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Application of the Village of Asharoken and Others for a Certiorari Order Directed against Edward J. Flynn and Others, Composing the Board of Commissioners of the Land Office, Respondents, and Metropolitan Sand and Gravel Company, Intervening, Respondent.— Motion for leave to appeal to Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis Whitmyer and Hill, JJ.

Harold B. Pasho, an Infant, by Honore B. Pasho, His Guardian ad Litem, Respondent, v. Clarence Abbuhl and Samuel Abbuhl, Appellants, and Another. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

Minnie Weiss, Respondent, v. Nathan Geiger and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

William Miller, Respondent, v. Samuel Franklin, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

Bernard Turkel, Respondent, v. Kiamesha Lake Hotel Corporation, Appellant, and Others.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the question proposed presented an issue which under the circumstances ought to be submitted to the jury. Whitmyer, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Davis, J., dissent on the ground that the order was in the discretion of the court, and no sufficient ground is shown for reversal; that no question of fact at issue has been decided; and all questions should be left for trial before the court.

The People of the State of New York, Respondent, v. John J. Manning, Appellant.— Judgment of conviction unanimously affirmed, on the ground that there were no errors on the trial affecting the substantial rights of the defendant. (Code Crim. Proc. § 542.) Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

Mary Gilgallon and Others, Respondents, v. The State of New York, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.